**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6215**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

CARLOS DEMOND ROBINSON,

                    Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., Senior
District Judge.  (6:03-cr-00616-HMH-1)

Submitted:  April 16, 2009          Decided:  August 10, 2009

Before TRAXLER, Chief Judge, and GREGORY and DUNCAN, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Carlos Demond Robinson, Appellant Pro Se.  Leesa Washington,
Assistant United States Attorney, Greenville, South Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Demond Robinson appeals the district court's orders denying his motions for (1) new trial and (2) appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm. We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motions for appointment of counsel and to proceed under the Criminal Justice Act are denied. The motion to withdraw the motion to consolidate is granted.

AFFIRMED